# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHERYL MULLIGAN; AND PATRICK MULLIGAN, AS PERSONAL REPRESENTITIVE OF THE ESTATE OF ROBERT MULLIGAN,
Petitioners,
vs.
THE FIFTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF NYE; AND THE HONORABLE ROBERT W. LANE, DISTRICT JUDGE,
Respondents,
and
MARCIE CAIN, M.D.; IRENE BARNETT, M.D.; AND HEALTHCARE PARTNERS NEVADA, LLC,
Real Parties in Interest.

No. 75034

**FILED**

APR 2 5 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges a district court order denying petitioners' motion to disqualify a district court judge. Having considered the petition and supporting documents, we conclude that petitioner has failed to meet her burden of demonstrating that extraordinary writ relief is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioners carry the burden of demonstrating that extraordinary relief is warranted."); *Smith v.*

*Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (providing that whether to consider a writ petition is discretionary); NRAP 21(b)(1). Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Douglas

_____, J.
Pickering

_____, J.
Hardesty

cc:     Hon. Robert W. Lane, District Judge
        Gibson Lowry LLP
        Carroll, Kelly, Trotter, Franzen, McKenna & Peabody
        Nye County Clerk

_____

[1]In light of this order, we vacate the stay imposed by our March 6, 2018, order.